UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

IN RE: WORLD TRADE CENTER LOWER MANHATTAN      21 MC 102 (AKH)
DISASTER SITE LITIGATION

-----------------------------------------------------------------------X
JAMES FLYNN,                                    07 CV 01610

              Plaintiff,
                                                NOTICE OF
-against-                                       ADOPTION OF
                                                ANSWER TO
KENYON & KENYON, et al.,                        MASTER
                                                COMPLAINT
              Defendants.
-----------------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT defendant One Broadway, LLC, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopt its Answer to Master Complaint, dated August 1, 2007, which was filed in the matter of In re World Trade Center Lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH).

      To the extent that defendant's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above captioned matter, defendant denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

PLEASE TAKE FURTHER NOTICE, that defendant One Broadway, LLC reserves the right to serve a reply to cross-claim and/or interpose a cross-claim against any and all co-defendants.

WHEREFORE, defendant One Broadway, LLC demands judgment dismissing the above-captioned action as against it together with its costs and disbursements.

Dated:   September 12, 2007
         Melville, New York

YOURS, etc.,

*[signature]*

MARGARET HERRMANN (MH3676)
LAWRENCE, WORDEN, RAINIS & BARD, P.C.
Attorneys for Defendant ONE BROADWAY, LLC
425 Broad Hollow Road, Suite 120
Melville NY  11747
(631) 694-0033

TO: WORBY GONER EDELMAN & NAPOLI BERN, LLP
    Attorneys for Plaintiff
    115 Broadway, 12th Fl.
    New York NY  10006
    (212) 267-3700

    DEFENSE COUNSEL SERVED ELECTRONICALLY

2

## VERIFICATION OF MAILING

      HEATHER E. ROSS, being duly sworn, deposes and says: I am over 21 years of age, not a party to the within action, and reside at Huntington, New York. On September 14, 2007, I served the annexed NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT upon the following named attorneys representing the following named respective parties of this action:

Hon. Alvin K. Hellerstein, U.S. District Judge
U.S. District Court, Southern District of NY
United States Courthouse
500 Pearl Street, Room 1050
New York NY  10007
**COURTESY COPY**

      that being the address so designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a post paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
HEATHER E. ROSS

Sworn to before me this
14th day of September, 2007

_____
Notary Public

HELEN A. GRAZIANO
Notary Public, State of New York
No. 01GR6027527
Qualified in Nassau County
Commission Expires July 6, 20__

3

## VERIFICATION OF MAILING

HEATHER E. ROSS, being duly sworn, deposes and says: I am over 21 years of age, not a party to the within action, and reside at Huntington, New York. On September 14, 2007, I served the annexed NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT upon the following named attorneys representing the following named respective parties of this action:

WORBY GONER EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiff
115 Broadway, 12th Fl.
New York NY  10006
(212) 267-3700

that being the address so designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a post paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
HEATHER E. ROSS

Sworn to before me this
14th day of September, 2007

_____
Notary Public

HELEN A. GRAZIANO
Notary Public, State of New York
No. 01GR6027527
Qualified in Nassau County
Commission Expires July 6, 20 11

4